UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNA MARIE ISSABELLE NEIRA,
Plaintiff,

v. Case No. 8:22-cv-01720-NHA

BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida, and NOBLE W. KATZER, Individually,
Defendants.
_______________________________/

**DECLARATION OF ANNE F. McDONOUGH**

**STATE OF FLORIDA**
**COUNTY OF PINELLAS**

I, Anne F. McDonough, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the statements made below are true and correct:

1. I am over the age of twenty-one years, and I am competent to testify as to the facts stated in this declaration.
2. I have been licensed in Florida since 2010, and am admitted to the U.S. Supreme Court, the Eleventh Circuit Courts of Appeal and the U.S. District Courts for the Middle, North and South Districts of Florida.
3. I have appeared as lead counsel in hundreds of cases during my career, including in over 125 U.S. District Court and Eleventh Circuit civil rights cases, including 3 federal civil rights trials.
4. Defendants filed a Bill of Costs, seeking $10,696.19 in taxable costs, supported by an affidavit and exhibits demonstrating the expenses. (Doc. 141).

EXHIBIT
1

5. On May 24, 2024, pursuant to Fla. R. Civ. P. 1.442 and §768.79, Fla. Stat., the Sheriff served (Exhibit 1-1) upon Plaintiff's Counsel two proposals for settlement and offers for judgment ("PFS/OJs") as to Counts III and IV (Exhibits 1-2 and 1-3), which expired without acceptance.

6. These PFS/OJs were made in good faith, based *inter alia* on videos depicting the incident and cruiser videos showing Plaintiff after arrest, sworn statements of Sgt. Katzer, witnesses and Plaintiff herself concerning her battery of Sgt. Katzer and resisting while she was aware he was a deputy sheriff, case law demonstrating that summary judgment must issue in Defendants' favor on all counts, and Plaintiff's inability to demonstrate she suffered any injuries as a result of the *de minimis* force used to effectuate her arrest.

7. Although I worked hundreds of hours on this case after serving the PFS/OJs, the Sheriff only seeks his attorney's fees pertaining to researching and writing the summary judgment motion as to the state law battery and false arrest claims and the damages sought thereunder. In addition, the Sheriff seeks fees generated in litigating the entitlement to attorneys' fees, an amount unknown at this time because it is not known if Plaintiff will agree that the Sheriff is entitled to an award of his attorney's fees or if she will challenge it.

8. As of October 1, 2024, the actual cost to Pinellas County taxpayers to employ me is $110.39 per hour. For attorney's fees incurred after September 30, 2025, the hourly rate will increase, but until the new fiscal year starting on October 1, 2025, it is unknown what the new hourly rate will be.

9. The total attorney hours for work on the summary judgment motion for the state law battery and false arrest claims and damages sought thereunder were 15.1 hours x $110.39/per hour = $1,666.89, itemized as follows:

| | | | |
|---|---|---|---|
| 3/4/2025 | Research | Researched case law regarding state vs federal false arrest claims; probable cause as bar to state false arrest claim; totality of circumstances review in state false arrest claims | 2.4 |
| 3/5/2025 | Research | Researched case law regarding state battery vs federal excessive force claims; force used during arrest as subsumed in state false arrest claim | 3.2 |
| 3/6/2025 | Research | Researched case law regarding totality of circumstances and state battery claim; control of bystanders and separating fighting parties in state battery claims; clearly excessive standard vs Fourth Amendment | 4.1 |
| 3/7/2025 | Research | Researched case law regarding available damages recoverable in state false arrest cases | 1.1 |
| 3/7/2025 | Draft | Drafted false arrest, battery and damages portion of Motion for Final Summary Judgment | 4.3 |
| Total | | | 15.1 |

10. I have reviewed each task and removed each charge for a task that is excessive, duplicative, clerical, or otherwise unreasonable.

11. In addition, pursuant to the two PFS/OJ's, the Sheriff seeks the following costs incurred after service of the PFS/OJs: $1,750.00 for the Compulsory Medical Examiner, Steven Knezevich, review and report; $4,875.00 for radiologist review and report; and $600.00 for mediation (Exhibit 1-4), for a

total of $7,225.00 in non-taxable costs.

12. As part of the cost sought in the Bill of Costs (Doc. 141), Defendants issued deposition subpoenas for several witnesses identified in Plaintiff's discovery responses and record custodian subpoenas, for which they were charged $751.65 to serve. Gabe and Tricia Harling and Sadie Sykes moved since the incident, so two different process servers made multiple efforts to serve them at the addresses listed in the police reports and/or provided by neighbors, until they finally served them at work, and same day service was required to serve Sadie Sykes when it was learned she would be working later that evening. In addition, Plaintiff provided an address for her brother, Mario, and two different process servers made multiple efforts to serve him at that address but it appeared abandoned and they received no response when they left their cards so they unsuccessfully tried to serve him at Plaintiff's house where he previously lived but were advised he no longer lived there, then Plaintiff provided Mario's fiancé's address, who advised he was staying at his mother's house, and the process server was finally able to meet him to effectuate service. Defendants were also charged $4,531.70 for the costs of transcripts necessarily obtained for use in this case of several witnesses identified in Plaintiff's discovery responses, for depositions and sworn interviews taken pursuant to Plaintiff's internal affairs complaint against Defendant Katzer.

13. The services listed herein are correct and were necessarily incurred in this case and were actually and necessarily performed.

14. The foregoing facts are known by me to be true from my personal knowledge. I am competent to testify to such facts and would so testify if I appeared in court at trial of this matter.

I have read the foregoing and declare under penalty of perjury that the foregoing is true and correct.

ANNE F. McDONOUGH

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNA MARIE ISSABELLE NEIRA,
Plaintiff,

v. Case No. 8:22-cv-01720-CEH-NHA

BOB GUALTIERI, in his Official Capacity
as Sheriff of Pinellas County, Florida, and
NOBLE W. KATZER, Individually,
Defendants.
___________________________________/

**BOB GUALTIERI, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PINELLAS COUNTY, FLORIDA'S, NOTICE OF SERVICE OF PROPOSALS FOR SETTLEMENT AND OFFERS OF JUDGMENT TO PLAINTIFF, ANNA MARIE ISSABELLE NEIRA**

Defendant, Bob Gualtieri, in his Official Capacity as Sheriff of Pinellas County, Florida, pursuant to Fla. R. Civ. P. 1.442 and §768.79, Fla. Stat., hereby serves notice that on this date, he served upon Plaintiff, ANNA MARIE ISSABELLE NEIRA, Proposals for Settlement and Offers of Judgment as to Counts III and IV of the Amended Complaint (Doc. 13).

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

EXHIBIT
1-1

RESPECTFULLY SUBMITTED ON May 24, 2024.

PINELLAS COUNTY SHERIFF
GENERAL COUNSEL'S OFFICE

*/s/ Anne F. McDonough*
Anne F. McDonough
Senior Associate Counsel
Florida Bar No. 0084471
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL 33778
Tel: (727) 582-6274
Fax: (727) 582-6459
amcdonough@pcsonet.com
Attorney for BOB GUALTIERI, in his
Official Capacity as Sheriff of Pinellas
County, Florida

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2024, I served the foregoing via email to Plaintiff's counsel, Farnita Saunders Hill, Esq., Marie A. Mattox, P.A., 203 North Gadsden Street, Tallahassee, FL 32301 at farnita@mattoxlaw.com; jervonie@mattoxlaw.com.

*/s/ Anne F. McDonough*
Anne F. McDonough

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNA MARIE ISSABELLE NEIRA,
Plaintiff,

v. Case No. 8:22-cv-01720-CEH-NHA

BOB GUALTIERI, in his Official Capacity
as Sheriff of Pinellas County, Florida, and
NOBLE W. KATZER, Individually,
Defendants.
_________________________________/

**BOB GUALTIERI, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PINELLAS COUNTY, FLORIDA'S, PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT AS TO COUNT III OF AMENDED COMPLAINT**

Bob Gualtieri, in his Official Capacity as Sheriff of Pinellas County, Florida, pursuant to Fla. R. Civ. P. 1.442 and §768.79, Fla. Stat., hereby makes this proposal to settle Count III of the Amended Complaint (Doc. 13), alleging "battery," in the following manner:

1. This Proposal for Settlement and Offer of Judgment ("Proposal") is being made by Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** to Plaintiff, **ANNA MARIE ISSABELLE NEIRA**.

2. Defendant, **BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida**, hereby offers to fully and finally settle all claims and causes of action, including damages, interest and costs, made in Count III of the Amended Complaint (Doc. 13), and all claims Plaintiff, **ANNA**

EXHIBIT
1-2

**MARIE ISSABELLE NEIRA**, could have raised against Defendant, **BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida**, as a result of the incident, alleged in Count III to have occurred on or about April 13-14, 2019, for the total sum of **TWO THOUSAND DOLLARS ($2,000.00)**.

3. For and in consideration of the **TWO THOUSAND DOLLARS ($2,000.00)** payment from Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** will dismiss with prejudice all claims, demands, actions and causes of action for injuries or damages asserted in Count III of the Amended Complaint (Doc. 13), whether at law or in equity, including interest and costs, which would or could otherwise be awarded against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** in a final judgment; and all claims, demands, actions and causes of action that Plaintiff, **ANNA MARIE ISSABELLE NEIRA**, could have raised against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** as a result of the incident alleged in Count III.
4. Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** has not made a claim for punitive damages against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County**, nor could she, based on §768.28(5), Fla. Stat. Thus, this Proposal does not include punitive damages.

5. The legal claim in Count III of the Amended Complaint (Doc. 13) does not support a request for attorney's fees; thus, this Proposal does not include attorney's fees.
6. This Proposal is a good faith attempt to compromise a doubtful and disputed claim and terminate further controversy, and is not an admission of liability by Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** who continues to deny any liability or wrongdoing.
7. Under §768.28(8), Fla. Stat., Plaintiff's, **ANNA MARIE ISSABELLE NEIRA**, attorney may not "charge, demand, receive, or collect, for services rendered, fees in excess of 25 percent of any judgment or settlement."
8. Acceptance of this Proposal shall not entitle Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** to "prevailing party" status for the purpose of recovering costs, attorneys' fees, or any other relief, beyond the terms of this Proposal.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

RESPECTFULLY SUBMITTED ON May 24, 2024.

PINELLAS COUNTY SHERIFF
GENERAL COUNSEL'S OFFICE

*/s/ Anne F. McDonough*

Anne F. McDonough
Senior Associate Counsel
Florida Bar No. 0084471
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL 33778
Tel: (727) 582-6274
Fax: (727) 582-6459
amcdonough@pcsonet.com
Attorney for Defendant, BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2024, I served the foregoing via email to Plaintiff's counsel, Farnita Saunders Hill, Esq., Marie A. Mattox, P.A., 203 North Gadsden Street, Tallahassee, FL 32301 at farnita@mattoxlaw.com; jervonie@mattoxlaw.com.

*/s/ Anne F. McDonough*
Anne F. McDonough

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANNA MARIE ISSABELLE NEIRA,
Plaintiff,

v. Case No. 8:22-cv-01720-CEH-NHA

BOB GUALTIERI, in his Official Capacity
as Sheriff of Pinellas County, Florida, and
NOBLE W. KATZER, Individually,
Defendants.
_________________________________/

**BOB GUALTIERI, IN HIS OFFICIAL CAPACITY AS SHERIFF OF PINELLAS COUNTY, FLORIDA'S, PROPOSAL FOR SETTLEMENT AND OFFER OF JUDGMENT AS TO COUNT IV OF AMENDED COMPLAINT**

Bob Gualtieri, in his Official Capacity as Sheriff of Pinellas County, Florida, pursuant to Fla. R. Civ. P. 1.442 and §768.79, Fla. Stat., hereby makes this proposal to settle Count IV of the Amended Complaint (Doc. 13), alleging "false arrest/imprisonment," in the following manner:

1. This Proposal for Settlement and Offer of Judgment ("Proposal") is being made by Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** to Plaintiff, **ANNA MARIE ISSABELLE NEIRA**.

2. Defendant, **BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida**, hereby offers to fully and finally settle all claims and causes of action, including damages, interest and costs, made in Count IV of the Amended Complaint (Doc. 13), and all claims Plaintiff, **ANNA**

EXHIBIT
1-3

**MARIE ISSABELLE NEIRA**, could have raised against Defendant, **BOB GUALTIERI, in his Official Capacity as Sheriff of Pinellas County, Florida**, as a result of the incident, alleged in Count IV to have occurred on or about April 13-14, 2019, for the total sum of **FIVE HUNDRED DOLLARS ($500.00).**

3. For and in consideration of the **FIVE HUNDRED DOLLARS ($500.00)** payment from Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** will dismiss with prejudice all claims, demands, actions and causes of action for injuries or damages asserted in Count IV of the Amended Complaint (Doc. 13), whether at law or in equity, including interest and costs, which would or could otherwise be awarded against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** in a final judgment; and all claims, demands, actions and causes of action that Plaintiff, **ANNA MARIE ISSABELLE NEIRA**, could have raised against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** as a result of the incident alleged in Count IV.
4. Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** has not made a claim for punitive damages against Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County**, nor could she, based on §768.28(5), Fla. Stat. Thus, this Proposal does not include punitive damages.

5. The legal claim in Count IV of the Amended Complaint (Doc. 13) does not support a request for attorney's fees; thus, this Proposal does not include attorney's fees.
6. This Proposal is a good faith attempt to compromise a doubtful and disputed claim and terminate further controversy, and is not an admission of liability by Defendant, **BOB GUALTIERI**, **in his Official Capacity as Sheriff of Pinellas County, Florida,** who continues to deny any liability or wrongdoing.
7. Under §768.28(8), Fla. Stat., Plaintiff's, **ANNA MARIE ISSABELLE NEIRA**, attorney may not "charge, demand, receive, or collect, for services rendered, fees in excess of 25 percent of any judgment or settlement."
8. Acceptance of this Proposal shall not entitle Plaintiff, **ANNA MARIE ISSABELLE NEIRA,** to "prevailing party" status for the purpose of recovering costs, attorneys' fees, or any other relief, beyond the terms of this Proposal.

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

RESPECTFULLY SUBMITTED ON May 24,2024.

PINELLAS COUNTY SHERIFF
GENERAL COUNSEL'S OFFICE

*/s/ Anne F. McDonough*
Anne F. McDonough
Senior Associate Counsel
Florida Bar No. 0084471
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL 33778
Tel: (727) 582-6274
Fax: (727) 582-6459
amcdonough@pcsonet.com
Attorney for Defendant, BOB
GUALTIERI, in his Official Capacity
as Sheriff of Pinellas County, Florida

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 24, 2024, I served the foregoing via email to Plaintiff's counsel, Farnita Saunders Hill, Esq., Marie A. Mattox, P.A., 203 North Gadsden Street, Tallahassee, FL 32301 at farnita@mattoxlaw.com; jervonie@mattoxlaw.com.

*/s/ Anne F. McDonough*
Anne F. McDonough

11154 Harbour Estates Circle
Fort Myers, FL 33908

October 20, 2024

Anne F. McDonough, Esquire
Pinellas County Sheriff's Office
10750 Ulmerton Road
Largo, FL 33779

Re: Anna Neira v. Bob Gualtieri, as Sheriff of Pinellas County, Florida
Case No: 8:22-cv-01720-CEH-NHA

Dear Ms. McDonough:

It was my pleasure to review the additional medical records and imaging studies performed upon Anna Neira (07/03/1974) as related to the above referenced matter. My fee for this review and **written summary** of my opinions is **$4875.00**. Please make payment to Geoffrey A. Negin, M.D., P.A. with tax ID number 26-3810407.

Thank you for referring this interesting case for my review. If I can be of further assistance, please do not hesitate to contact me.

Sincerely,



Geoffrey A. Negin, M.D.
Board Certified Radiologist
Fellowship Trained in Neuroradiology
Senior Member American Society of Neuroradiology

EXHIBIT
1-4

Steven Knezevich, MD, PA
3820 Northdale Blvd.
Suite 105-A
TAMPA, FL 33624-1863

| Last Payment Date/Amt | | Period |
|---|---|---|
| 5/8/2024 | ($750.00) | 12/18/2023 - 12/17/2024 |

| Statement Date | PLEASE PAY | Due Date |
|---|---|---|
| 12/17/2024 | $1750.00 | 1/6/2025 |

| Account | SHOW AMOUNT PAID HERE |
|---|---|
| 1-32273.0 | $ |

**Monthly Bill**

ANNA NEIRA
ANNE F MCDONOUGH ESQUIRE
PINELLAS COUNTY SHERIFF'S OFFI
TAMPA, FL 33624

**Pay To:**
Steven Knezevich, MD
3820 Northdale Blvd.
Suite 105-A
TAMPA, FL 33624-1863

***Please detach and return the top portion with your payment. Retain the bottom portion for your records.***

| Date | Name | Code | Description | Provider | Fee | Balance |
|---|---|---|---|---|---|---|
| 11/13/2024 | ANNA | CONF | CONFERENCE PHONE | Knezevich, Ste' | $250.00 | |
| | | | | PATIENT RESPONSIBILITY---> | | $250.00 |
| 12/09/2024 | ANNA | MODRE | ADDITIONAL RECORD REVIEW 2 | Knezevich, Ste' | $1,500.00 | |
| | | | | PATIENT RESPONSIBILITY---> | | $1,500.00 |

| RESP. | Current | 31 - 60 | 61 - 90 | Over 90 | Balance |
|---|---|---|---|---|---|
| Patient | 1,500.00 | 250.00 | 0.00 | 0.00 | 1,750.00 |
| Insurance | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 1,500.00 | 250.00 | 0.00 | 0.00 | 1,750.00 |

Account Balance: $1,750.00
Patient Due: $1,750.00

**PLEASE PAY ----> $1750.00**

**Message 1**

**Account: 1-32273.0**

*Steven Knezevich, MD (813) 960-1655*

STOLER · RUSSELL
STOLER · RUSSELL · KEENER · VERONA

Robert M. Stoler
rstoler@stolerrussell.com
(813) 609-3202 Direct
www.stolerrussell.com

201 N. Franklin Street, Suite 3100
Tampa, Florida 33602
(813) 609-3200 Main
(813) 443-0890 Fax

October 31, 2024

**VIA EMAIL**

Farnita Saunders Hill, Esquire
Marie A. Mattox, PA
203 N. Gadsden St.
Tallahassee, FL 32301-7637
Farnita@Mattoxlaw.com
Jervonie@Mattoxlaw.com
Michelle2@Mattoxlaw.com

Anne F. McDonough, Esquire
Pinellas County Sheriff's Office
10750 Ulmerton Rd.
Largo, FL 33778-1703
amcdonough@pcsonet.com

Re: Anna Neira v. Bob Gualtieri/Noble Katzer
Mediation: October 31, 2024
Location: Office of Stoler, Russell, Keener, Verona, PA

Dear Counsel:

Thank you once again for selecting me to serve as mediator for the above-referenced matter on October 25, 2024. In that regard, below please find the billing entry for mediation services rendered.

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| October 31, 2024 | Receipt and review mediation summary; waiting time for mediation; attended mediation; prepared mediator report | 3.0 hrs.<br><br>(1.5 hrs each) | $400/hr | Total = $1,200<br><br>**$600.00** |

At your earliest convenience, please remit a check in the amount of **$600.00** payable to <u>Stoler Russell</u>

Keener Verona. Please attach a copy of this invoice along with your remittance. A copy of our firm's W9 is also attached for your convenience. Thank you.

Best regards,

*s/ Robert Stoler*
Robert M. Stoler

CC: Jordan Deacon