Outlook

**Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g) - THIRD ATTEMPT**

**From** McDonough,Anne <amcdonough@pcsonet.com>
**Date** Mon 7/28/2025 10:19 AM
**To** Mike Walker <mike@thewalkerlawgroup.com>
**Cc** Sandra Hill <sandra@thewalkerlawgroup.com>

Good morning,

Pursuant to M.D. Fl. R. 3.01(g), this is my third attempt at a good faith conferral prior to filing a motion for determination of entitlement to non-taxable costs and attorney's fees, pursuant to the Proposals for Settlement that Plaintiff did not accept. In addition to the taxable costs of $10,696.19 sought in the Bill of Costs (Doc. 141), pursuant to the proposals for settlement, the Defendants will be moving for assessment of the $16,100 in non-taxable costs for the experts and mediation and any attorneys' fees that have not already been awarded for the motions for sanctions. The Court has now also ordered us to confer on the bill of costs and for me to file a motion on them, so this is a good faith conferral attempt on the Bill of Costs as well.

Please provide Plaintiff's position as to this motion for assessment of non-taxable costs and attorney's fees and the motion I will be filing as to the Bill of Costs so I can advise the Court.

Thank you,

*Anne F. McDonough*
Senior Associate Counsel
Pinellas County Sheriff's Office
(727) 582-6274

EXHIBIT
2

Outlook

**Re: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g) - SECOND ATTEMPT**

**From** McDonough,Anne <amcdonough@pcsonet.com>
**Date** Fri 7/25/2025 1:24 PM
**To** Mike Walker <mike@thewalkerlawgroup.com>
**Cc** Sandra Hill <sandra@thewalkerlawgroup.com>

Good afternoon,

Pursuant to M.D. Fl. R. 3.01(g), this is my second attempt at a good faith conferral prior to filing a motion for determination of entitlement to non-taxable costs and attorney's fees, pursuant to the Proposals for Settlement that Plaintiff did not accept. In addition to the taxable costs of $10,696.19 sought in the Bill of Costs (Doc. 141), pursuant to the proposals for settlement, the Defendants will be moving for assessment of the $16,100 in non-taxable costs for the experts and mediation and any attorneys' fees that have not already been awarded for the motions for sanctions.

Please provide Plaintiff's position as to this motion so we can advise the Court.

Thank you,

*Anne F. McDonough*
Senior Associate Counsel
Pinellas County Sheriff's Office
(727) 582-6274

---

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Thursday, July 24, 2025 12:18 PM
**To:** Mike Walker <mike@thewalkerlawgroup.com>
**Cc:** Sandra Hill <sandra@thewalkerlawgroup.com>
**Subject:** Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Good afternoon,

Pursuant to M.D. Fl. R. 3.01(g), this is a good faith conferral prior to filing a motion for determination of entitlement to non-taxable costs and attorney's fees, pursuant to the Proposals for Settlement that Plaintiff did not accept. In addition to the taxable costs of $10,696.19 sought in the Bill of Costs (Doc. 141), pursuant to the proposals for settlement, the Defendants will be moving for assessment of the $16,100 in non-taxable costs for the experts and mediation and any attorneys' fees that have not already been awarded for the motions for sanctions.

Please provide Plaintiff's position as to this motion so we can advise the Court.

Thank you,

*Anne F. McDonough*
Senior Associate Counsel
Pinellas County Sheriff's Office
(727) 582-6274

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov <cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Wednesday, July 23, 2025 4:08 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov <cmecf_flmd_notices@flmd.uscourts.gov>
**Subject:** Activity in Case 8:22-cv-01720-NHA Neira v. Gualtieri Bill of costs - proposed

---

**This Message Is From an External Sender**
This message came from outside your organization.

Report Suspicious

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**
**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by McDonough, Anne on 7/23/2025 at 4:08 PM EDT and filed on 7/23/2025

| | |
|---|---|
| **Case Name:** | Neira v. Gualtieri |
| **Case Number:** | 8:22 cv 01720 NHA |
| **Filer:** | Bob Gualtieri |
| | Noble W Katzer |

**WARNING: CASE CLOSED on 07/17/2025**

**Document Number:** 141

**Docket Text:**

**PROPOSED BILL OF COSTS by Bob Gualtieri, Noble W Katzer. (Attachments: # (1) Exhibit Declaration and supporting documentation)(McDonough, Anne)**

**8:22-cv-01720-NHA Notice has been electronically mailed to:**

Anne F. McDonough amcdonough@pcsonet.com

Joshua T. Walker josh@thewalkerlawgroup.com

Michael L. Walker , I service@thewalkerlawgroup.com

Thomas N. Eggleston teggleston90@gmail.com

**8:22-cv-01720-NHA Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1069447731 [Date=7/23/2025] [FileNumber=25969239-0] [8cd677cf8f345d16db5d5e0aa624713db6ad3dae0d1032630344a384e4ce659c25 acb69dbbca43fbd0002f6e4c0a537b61ecc1ca295931b2fedb5c5fdb4f59fb]]

**Document description:**Exhibit Declaration and supporting documentation

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1069447731 [Date=7/23/2025] [FileNumber=25969239-1] [9ddfa457c0e9911764ff7e215b528a33904dff01f487cbba61de8c239ab8a183e6 45c05ada4e2b5082c17c774dfccee67b9c29aa9f74ded7417db1890d4e54e6]]