Outlook

**RE: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)**

**From** Josh Walker <josh@thewalkerlawgroup.com>
**Date** Wed 7/30/2025 3:21 PM
**To** McDonough,Anne <amcdonough@pcsonet.com>; Zachary Smith <zachary@thewalkerlawgroup.com>

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Hi Anne –

I don't have authority to be able to agree to what fees or costs are reasonable/unopposed. The last "authority" we had was consent to withdraw from the matter, which is being drafted and should be ready for filing today or tomorrow, and that she wanted to deal with the issue of fees and costs on her own. I've reached out to her again to see if there's anything else I can relay to you of substance, but as of now we're stuck in that place of being attorney of record but not having authority to move it along. As you know, you've gotten her attention and she's wanting to discuss it with you (but for us still being attorney of record).

Having said that, based on my review of what you've submitted and the circumstances of the case, I don't foresee any compelling arguments as to why you would not be able to be awarded those items. I've passed along that opinion to her as well.

Related to the above – do you have any objection to our withdrawal from the case?

---

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Wednesday, July 30, 2025 1:38 PM
**To:** Josh Walker <josh@thewalkerlawgroup.com>; Zachary Smith <zachary@thewalkerlawgroup.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)
**Importance:** High

Josh,

Since you offered to confer and you do still represent Plaintiff, can you advise when you will be responding to what I sent yesterday?

Thank you,

*Anne F. McDonough*
Senior Associate Counsel
Pinellas County Sheriff's Office

EXHIBIT
3

(727) 582-6274

---

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Tuesday, July 29, 2025 2:20 PM
**To:** Josh Walker <josh@thewalkerlawgroup.com>; Zachary Smith <zachary@thewalkerlawgroup.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Good afternoon,

I just left you a voicemail.

The bill of costs totals $10,696.19 #141 Bill of Costs.pdf

Under the expired PFSs, we are seeking attorney's fees of $1,666.89 and $7,225.00 in non-taxable costs. See attached.

While Plaintiff may not be pleased with the requested amounts, I repeatedly discussed with her prior attorney Plaintiff taking the $2,500 and dropping the case, but she refused, even after her attorney asked me to send over a settlement agreement. We incurred hundreds of hours more attorneys fees and more than double the non-taxable costs we are seeking here (the total non-taxable costs spent on this case was $16,100).

Please advise Plaintiff's position as to the taxable and non-taxable costs and the attorney's fees so we can file the required motions and inform the Court of Plaintiff's position.

Thank you,

*Anne F. McDonough*

Senior Associate Counsel

Pinellas County Sheriff's Office

(727) 582-6274

**From:** Josh Walker <josh@thewalkerlawgroup.com>
**Sent:** Tuesday, July 29, 2025 1:01 PM
**To:** McDonough,Anne <amcdonough@pcsonet.com>; Zachary Smith <zachary@thewalkerlawgroup.com>
**Subject:** RE: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Report Suspicious

Anne – I'm able to try to step in here too, just hadn't been involved in the case previously and there was a lot for me to catch up on. Thankfully you follow up conversations with emails (Mike doesn't always), so now I've got a good handle on the lay of the land.

Can agreed/review/discuss anything as needed. Will contact client to let her know she shouldn't be contacting under she is representing herself officially (granting our withdrawal)

My cell is (727) 417-7959

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Tuesday, July 29, 2025 12:50 PM
**To:** Mike Walker <mike@thewalkerlawgroup.com>; Zachary Smith <zachary@thewalkerlawgroup.com>; Josh Walker <josh@thewalkerlawgroup.com>
**Cc:** Sandra Hill <sandra@thewalkerlawgroup.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

As Ms. Neira contacted me directly for an extension and I cannot speak with her, please ensure that she is aware of this filing.

Thank you,

*Anne F. McDonough*

Senior Associate Counsel

Pinellas County Sheriff's Office

(727) 582-6274

---

**From:** Mike Walker <mike@thewalkerlawgroup.com>
**Sent:** Tuesday, July 29, 2025 11:38 AM
**To:** McDonough,Anne <amcdonough@pcsonet.com>; Zachary Smith <zachary@thewalkerlawgroup.com>; Josh Walker <josh@thewalkerlawgroup.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Ms NcDonough,

I was at the beginning of a vacation when your motion came in. I will not be back/available until Thursday at the earliest. I have briefed my staff and they are in the process of drafting a motion to withdraw for my electronic review and execution.

I do have access to my emails but no ability to create documents. I hope to have a motion filed by tomorrow.

Sent from my T-Mobile 5G Device
Get Outlook for Android

---

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Tuesday, July 29, 2025 11:20:52 AM
**To:** Mike Walker <mike@thewalkerlawgroup.com>; Sandra Hill <sandra@thewalkerlawgroup.com>

**Cc:** anna neira <amn2824@gmail.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Mr. Walker,

**You know that I cannot speak with a represented party! The Federal Rules are very specific about withdrawing and are clear you must file a motion so if you want to withdraw, you need to file a motion ASAP. Otherwise, the Court will require you to represent Ms. Neira and I will be unable to communicate with her**. If you do file a motion to withdraw, I am unopposed. In addition, I am not including Mario Neira on this email as he is not an attorney and cannot represent Anna Neira.

Since Ms. Neira has indicated a request to extend the deadline to confer about the Bill of Costs (Doc. 141), I am unopposed to you filing a motion to extend to August 11, 2025, so that you can move to withdraw and Ms. Neira can review the materials, as long as I can also obtain a corresponding extension of the deadline for me to file the Motion for Attorney's Fees and Non-taxable Costs until August 11, 2025.

Since you have not responded to my multiple emails to confer and the deadline is tomorrow, I will move for that extension at this time.

Thank you,

*Anne F. McDonough*

Senior Associate Counsel

Pinellas County Sheriff's Office

(727) 582-6274

**From:** anna neira <amn2824@gmail.com>
**Sent:** Monday, July 28, 2025 7:53 PM
**To:** McDonough,Anne <amcdonough@pcsonet.com>
**Cc:** Mario Neira <marioaneira@gmail.com>
**Subject:** Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

**This Message Is From an Untrusted Sender**

You have not previously corresponded with this sender.

Report Suspicious

Ms. McDonough,

I am writing in response to your July 24, 2025, email to my former counsel, Michael Walker, regarding the Rule 3.01(g) good faith conferral before filing a motion for determination of entitlement to non-taxable costs and attorney's fees. Mr. Walker forwarded your email to me after close of business on July 24, 2025, at approximately 6:47 p.m., which is when I first received and became aware of your request.

You may not be aware that I am now proceeding **pro se** until I am able to secure new legal representation. Pursuant to **M.D. Fla. Local Rule 3.01(g)**, I am responding in good faith and respectfully requesting a **short extension of seven (7) business days** to review the underlying issues and supporting documentation related to the costs and attorney's fees at issue before providing a substantive response.

I am responding as promptly as possible within a reasonable time given my unrepresented status and the timing of my actual receipt of your email.

I appreciate your consideration of this request and your continued good faith efforts to resolve this matter. Please confirm whether you will agree to this short extension.

Thank you for your time and understanding.

.

Anna Neira, CRNA, MSN