Outlook

**Re: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g) - THIRD ATTEMPT**

**From** McDonough,Anne <amcdonough@pcsonet.com>
**Date** Fri 8/8/2025 8:42 PM
**To** anna neira <amn2824@gmail.com>
**Cc** Mario Neira <marioaneira@gmail.com>

Ms. Neira,

This is my third good faith attempting to confer.

The Judge made the decision about how much time to extend for you, so I'm not free to agree to a different time and just not file the motion, and I don't represent you so I'm not going to ask for any more extensions. In addition, you initially advised that you needed an extension to review the Bill of Costs and documentation so you could confer, which I requested on your behalf even though there was no obligation to do that, but now you have advised that with that time, you have instead been creating a timeline for a new attorney. This explains why you keep changing the number of days you say you need for an extension. Regardless of whether you are trying to hire other counsel, you are your own representative at this time and it is not an excuse for not conferring with me as ordered by the Court.

I also note that you have chosen the attorneys who have represented you, so it is not mine or my clients' responsibility if they didn't confer with you or me. In addition, I provided the materials to your former attorney, who advised me he discussed the costs requested with you and that he didn't see them as being objectionable, but was not authorized by you to confer with me about it.

I have made repeated attempts to confer with your former attorney, and now you, so I will I file the Motion on Monday at noon. If you wish to advise about what you do and don't agree with, you have the weekend to review, so if you decide to respond and advise me by Monday morning, I will include that with the Motion, and you can file a response or motion for extension. Since you need to confer with me before your file any motion for extension and inform the Court, please be advised that we are opposed.

Thank you,

*Anne F. McDonough*

Senior Associate Counsel

Pinellas County Sheriff's Office

(727) 582-6274

EXHIBIT
4

Get Outlook for Android

---

**From:** anna neira <amn2824@gmail.com>
**Sent:** Friday, August 8, 2025 4:46:30 PM
**To:** McDonough,Anne <amcdonough@pcsonet.com>
**Cc:** Mario Neira <marioaneira@gmail.com>
**Subject:** Re: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g) - SECOND ATTEMPT

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Ms. McDonough,

I was able to find a colleague to relieve me from the operating room to send you an email.

I respectfully reiterate my request for a short extension in response to your Rule 3.01(g) conferral and potential motion filing, based on several critical and mitigating factors that have impaired my ability to respond in a timely and meaningful manner.

1. Your prior communications were directed to my former attorney, Mr. Michael Walker, who failed to respond to your multiple Rule 3.01(g) outreach attempts. During that period, I was unable to directly communicate with you per your own stated ethical obligations, which created a delay outside of my control.
2. Mr. Walker failed to provide adequate communication, guidance, and documentation necessary for me to evaluate my legal options or respond meaningfully. His conduct contributed directly to my current procedural disadvantage.
3. I only received the relevant court documentation and your attached materials after Mr. Walker was formally removed as my counsel. I am still in the process of reviewing and organizing these materials, and I have reason to believe that several timeline delays are attributable to both Mr. Walker and Ms. Farnita Saunders Hill.
4. I am now proceeding pro se, but I am actively seeking new legal representation. To assist new counsel, I am in the process of compiling a full factual timeline and organizing the extensive case material. Efforts that require more time given the previous disorganization and delays by counsel.
5. The cumulative impact of my former attorneys' conduct has materially prejudiced my ability to respond adequately, and I believe these issues may ultimately support relief under Rule 60(b) or other applicable doctrines.
6. At this stage, providing a definitive answer to the issues raised in your communication would be premature and may inadvertently waive or compromise rights I may choose to preserve through appeal or other procedural avenues.

Accordingly, and in the spirit of good faith under Rule 3.01(g), I respectfully request that you refrain from filing your motion for at least **10 additional business days** to allow me sufficient time to complete my review, seek counsel, and respond meaningfully.

Thank you for consideration of this matter.

Sincerely,

Anna Neira, CRNA, MSN

On Fri, Aug 8, 2025 at 11:06 McDonough,Anne <amcdonough@pcsonet.com> wrote:

> Ms. Neira,
>
> I do understand that you have just recently begun representing yourself, but I have been attempting to confer with your attorney's first and now you, pursuant to the order of the Court, for several days and I have a pressing deadline, so I need to move forward with this. As you know, I requested an extension per your request, and asked the Court to extend it to at least August 11, 2025, but the Court chose only to extend to August 11, and I am ready to file the Motion as required by the Court so I'm am not going to make another request. If you want to request an extension to confer, you can do so, but I am simply asking you if you agree to any of the amounts. If you don't, you are allowed to file a response in opposition to any or all the requested fees and the Court will decide. So please let me know if you agree to some of the fees and are opposed to others, if you are opposed to all and just plan to file a response in opposition, or if you plan to file a motion for extension?
>
> In addition, please advise about how you would like to be served with filings - do you wish to serve and receive service of filings via email or do you wish to do so via the U.S. mail?
>
> Thank you,
>
> *Anne F. McDonough*
>
> Senior Associate Counsel
>
> Pinellas County Sheriff's Office
>
> (727) 582-6274

Sheriff Star

---

**From:** anna neira <amn2824@gmail.com>
**Sent:** Friday, August 8, 2025 10:45 AM
**To:** McDonough,Anne <amcdonough@pcsonet.com>
**Cc:** Mario Neira <marioaneira@gmail.com>
**Subject:** Re: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g) - SECOND ATTEMPT

Ms. McDonough,

Thank you for your emails dated August 7 and August 8, 2025, regarding the Bill of Costs (Doc. 141) and the motion for attorney's fees and non-taxable costs. To clarify, I received your first direct email to me on August 7, 2025, following the court's granting of my former counsel's motion to withdraw. This is my prompt response within 24 hours.

I have successfully opened the PDF attachments sent on August 7, 2025 late afternoon, and am reviewing the Bill of Costs and affidavit.

Due to my pro se status and limited time to review the documents, I respectfully request a brief extension until August 16, 2025 to fully review the materials and provide a substantive response. I am committed to conferring in good faith and appreciate your consideration given the timing of our direct communication.
I understand your deadline to file the motion is August 11, 2025, and I am responding as promptly as possible. Please let me know if you need additional information or if there are other steps I should take to facilitate our conferral.

I have been working 16 hr shifts at the hospital these past few days. I will continue to be diligent and check my emails frequently. I will be in and out of the operating room all day, but will respond as promptly as possible.

Anna Neira, CRNA, MSN

On Fri, Aug 8, 2025 at 09:41 McDonough,Anne <amcdonough@pcsonet.com> wrote:

> Ms. Neira,
>
> This is my second attempt to confer with you personally, as opposed to your attorneys, concerning Defendants' motion in support of Bill of costs (Doc. 141) and the Sheriff's motion for determination of entitlement to attorneys fees and expert and mediation fees.
>
> As I advised, the deadline for me to file is Monday and I will be filing it early Monday, so please respond and advise your position so I can inform the Court if there are any areas of agreement or if there is disagreement on all of the requests.

Thank you,

*Anne F. McDonough*

Senior Associate Counsel

Pinellas County Sheriff's Office

(727) 582-6274

Sheriff Star

---

**From:** McDonough,Anne <amcdonough@pcsonet.com>
**Sent:** Thursday, August 7, 2025 1:03 PM
**To:** anna neira <amn2824@gmail.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Okay, I and sending them as PDF attachments. Please let me know if you are unable to view them.

I also wanted to address how you are going to send to and receive from us the filings in the case. These documents I'm sending you here are just being sent for our conferral before I file the motion, but when I go to file the motion and exhibits, the rules are to send filings via U.S. mail to pro se parties unless the person agrees to receiving them via email. I am assuming you would prefer email rather than wait to receive a filing via U.S. mail, but I need written confirmation before I file the motion so I know how you want to receive the filings. On our end, you are authorized to send any filings to us via email, rather than mail them via U.S. mail.

Another option you have, which we do not oppose if you choose to file a motion for this, is to ask the court for permission to file your filings in the CM/ECF portal. That way, you will receive my filings from the court and I will receive your filings from the court. Either way, it's fine with me. I just need to know what you want to do.

Thank you,

*Anne F. McDonough*
Senior Associate Counsel
Pinellas County Sheriff's Office
(727) 582-6274

Sheriff Star

---

**From:** anna neira <amn2824@gmail.com>
**Sent:** Thursday, August 7, 2025 12:12 PM
**To:** McDonough,Anne <amcdonough@pcsonet.com>
**Subject:** Re: Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

**This Message Is From an Untrusted Sender**
You have not previously corresponded with this sender.

Report Suspicious

Ms McDonough,

I am receiving an error message when I attempt to open up the documents you sent. Is there another way that you can send me the documents?

12:11

◀ Gmail

84

...ntysheriff-my.sharepoint.com

That didn't work

We're sorry, but amn2824@gmail.com can't be found in the pinellascountysheriff-my.sharepoint.com directory. Please try again later, while we try to automatically fix this for you.

Here are a few ideas:

- Click here to sign in with a different account to this site.
  This will sign you out of all other Office 365 services that you're signed into at this time.
- If you're using this account on another site and don't want to sign out, start your browser in Private Browsing mode for this site (show me how).

If that doesn't help, contact your support team and include these technical details:

**Correlation ID:** 8b77b9a1-70e9-9000-7ae5-f0a1a5fa36d3
**Date and Time:** 8/7/2025 9:10:00 AM
**URL:** https://pinellascountysheriff-my.sharepoint.com/:b:/g/personal/amcdonough_pcsonet_com/Ea_l-cJ2yRxKrT-hJCn9L8cBsto80sbBrg8qATjQSZPxkA
**User:** amn2824@gmail.com
**Issue Type:** User not in directory.

38

Anna Neira, CRNA, MSN

On Thu, Aug 7, 2025 at 10:55 McDonough,Anne <amcdonough@pcsonet.com> wrote:

Ms. Neira,

The Court just granted your attorney's Motion to Withdraw so I am now free to confer with you about the motion we will be filing in support of the Bill of Costs and for attorney's fees and expert and mediation fees. I know you included your brother in the earlier email you sent me, but he is not an attorney so he does not represent you. Thus, I will not be including him in any of our correspondence.

I have written the motion and, in the process of doing so, have added some things to the affidavit I gave your attorney earlier in the week so the motion will have factual support. Please note that, as referenced in ¶ 6 of the affidavit, if you agree the Sheriff is entitled to attorney's fees, we will not be seeking additional attorney's fees to litigate the issue, but if you disagree that we are entitled to them, we will be seeking our attorney's fees incurred in litigating this issue.

Please review the attached Bill of Costs and supporting documentation (Doc. 141), and the attached affidavit that I will be filing in support of the motion to tax costs and to determine entitlement to attorney's fees and nontaxable costs. Please advise your position as to the $10,696.19 in taxable costs sought in the Bill of Costs, and the request for attorney's fees and the $7,225.00 in expert and mediation fees. Please note that I have a deadline to file this motion by August 11, 2025, so please get back to me ASAP with your position so I can inform the Court.

#141 Bill of Costs 1.pdf
AFM Declaration for Bill of Costs and PFS-OJ.pdf

Thank you,

*Anne F. McDonough*

Senior Associate Counsel
Pinellas County Sheriff's Office
(727) 582-6274

---

**From:** anna neira <amn2824@gmail.com>
**Sent:** Monday, July 28, 2025 7:53 PM
**To:** McDonough,Anne <amcdonough@pcsonet.com>
**Cc:** Mario Neira <marioaneira@gmail.com>
**Subject:** Response to Rule 3.01(g) Good Faith Conferral – Request for Extension RE: FW: Case 8:22-cv-01720-NHA Neira v. Gualtieri GOOD FAITH CONFERRAL PURSUANT TO M.D. Fl. R. 3.01(g)

Ms. McDonough,

I am writing in response to your July 24, 2025, email to my former counsel, Michael Walker, regarding the Rule 3.01(g) good faith conferral before filing a motion for determination of entitlement to non-taxable costs and attorney's fees. Mr. Walker forwarded your email to me after close of business on July 24, 2025, at approximately 6:47 p.m., which is when I first received and became aware of your request.

You may not be aware that I am now proceeding **pro se** until I am able to secure new legal representation. Pursuant to **M.D. Fla. Local Rule 3.01(g)**, I am responding in good faith and respectfully requesting a **short extension of seven (7) business days** to review the underlying issues and supporting documentation related to the costs and attorney's fees at issue before providing a substantive response.

I am responding as promptly as possible within a reasonable time given my unrepresented status and the timing of my actual receipt of your email.

I appreciate your consideration of this request and your continued good faith efforts to resolve this matter. Please confirm whether you will agree to this short extension.

Thank you for your time and understanding.
.

Anna Neira, CRNA, MSN